389 A.2d 206

Mt. Vernon Consumer Discount Co., Appellant, v. Country Wide Motors, Inc., et al.

Submitted December 8, 1977. Abe Lapowsky, for appellant; Jon C. Sirlin, and Fell, Spalding, Goff & Rubin, for appellee, Provident National Bank.

Order affirmed.

SPAETH, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 207

Ongley v. Daley, Appellant et al.

Argued November 15, 1977. Jess S. Jiuliante, Jr., for appellant; John F. Potter, with him MacDonald, Illig, Jones & Britton, for appellees.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.